**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 15, 2013

RE:  CV 13-00028 SLM          USA-v- BROOK S LANE

Default is entered as to **BROOK S. LANE** on March 15, 2013.

                                        RICHARD W. WIEKING, Clerk

                                        by Rufino Santos
                                        Deputy Clerk

NDC TR-4  Rev. 3/89