**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                    General Court Number
Clerk                                                              415.522.2000

March 15, 2013

RE:  CV 13-00028 SLM        USA-v- BROOK S LANE

Default is entered as to **BROOK S. LANE** on March 15, 2013.

RICHARD W. WIEKING, Clerk

by Rufino Santos
Deputy Clerk

NDC TR-4  Rev. 3/89